**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 15, 2005

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Rosie Marshall, et al. v. Liberty National Life Insurance Co. |
| **Case Number:** | #2:05-cv-00534-DRB |
| **Referenced Document:** | Document #1<br>Complaint |

**This notice has been docketed to enter Exhibit A into the record as an attachment to the referenced document due to docketing error. The pdf of Exhibit A is attached to this document.**