IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSIE MARSHALL, ANNETTE LEWIS, | ) | |
| OLIVIA LEWIS, STELLA LEWIS, | ) | |
| WILLIE LEWIS, MARGARET LIGON, | ) | |
| GWENDOLYN LIGONS, AND OTHER | ) | |
| PLAINTIFFS IDENTIFED IN EXHIBIT "A" | ) | |
| ATTACHED HERETO AND INCORPORATED | ) | |
| FULLY HEREIN | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: |
| | ) | |
| | ) | 2:05CV534-DRB |
| vs. | ) | |
| | ) | |
| | ) | |
| LIBERTY NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

EXHIBIT "A"

Gertrude Lindsey
Lois Lockett
Martha London
Jessie Longmyer
Regina Love
Julie Lyons
Dexter Madden
Lula Mahan
Shirley Mahand
Edith Major
Hattie Marlow
Janie Marshall
Essie Martin
Dametria Mason
Susie McCall
Willie McCord
Santina McCray
Dixie McGahan
Betty McGhee

Annie McGhee
Frances McMeans
Annie McQueen
Birdie McQueen
Larry McQueen
Sam McQueen, Jr.
James Merchant
Sallie Michell
Clarice Miles
Sarah Miles
James Milhouse
Julia Milhouse
Dorthulla Miller
Freddie Miller
Roxie Miller
Tommy Miller
Larlene Mitchell
Teresa Mitchell
Raymond Mondy
Lena Moore
Lula Moore
Vanessa Moore
Anita Morgan
Debra Morgan
Mary Morgan
Zipporah Morgan
Ralph Morgan, Jr.
Ralph Morgan, Sr.
Ollie Morris
Doris Morse
Betty Moss
James Narvell
Ethylene Nettles
Rosie Norfleet
Ida Nunn
Rosie O'Neal
Catheline Oden
Atwood O'Neal
Bennie Owens
Henry Owens
Olinzy Owens
Lucy Palmore
Beatrice Parham
Bessie Parker
Rosa Parker
Henrietta Parks

Mattie Patrick
Doris Patterson
Ellie Peavy
Overia Pelt
Lorraine Pettway
Hattie Phillips
Thomas Phillips
Willie Phillips
Daisy Pitts
Mariah Poellnitz
Inez Pope
Mary Pope
Wanda Pope
Julia Porterfield
Elizabeth Potter
Bettie Powell
Henry Powell
Juanita Price
Rebecca Pugh
Emma Purdie
Carolyn Purifoy
Lottie Reasor
Dolly Reese
Mary Reynolds
Bernard Richardson
Neal Ridgel