2. Article Number: marshall

7160 3901 9848 9056 1678

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

**Liberty National Life Insurance Company**
**c/o The Corporation Company**
**2000 Interstate Park**
**Suite 204**
**Montgomery, Alabama 36109**

2:05CV534 (Cmp, Summs 20 Dys)

PS Form 3811, July 2001          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery 6/16/05
C. Signature
X _____   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below: