A

CX-8-51

## SCHEDULE

| NAME OF INSURED | BENEFICIARY | TYPE POLICY | |
|---|---|---|---|
| MOORE ELLEN G | MOORE PAULINE | CX | CX |

| POLICY NUMBER | DATE OF ISSUE MO. | DAY | YR. | AGE* | (CENTS) WEEKLY PREMIUM | AMOUNT OF INSURANCE | DIST. | DEBIT |
|---|---|---|---|---|---|---|---|---|
| CX 929921 | 11 | 15 | 54 | 5 | 55 | $ 500 | 4 | 115 |

*INSURED'S AGE NEXT BIRTHDAY

## REGISTER OF CHANGE OF BENEFICIARY

NOTE—NO CHANGE, DESIGNATION OR DECLARATION, SHALL TAKE EFFECT UNTIL ENDORSED ON THIS POLICY BY THE COMPANY AT ITS HOME OFFICE.

| DATE ENDORSED | BENEFICIARY | ENDORSED BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Burial Service Company of Alabama having discharged each and every obligation and liability set forth and stipulated herein, the undersigned beneficiary under this policy hereby surrenders the said policy and certifies that there is held against the said company no further claims hereunder.

____________________ WITNESS

____________________ BENEFICIARY

Dated at ________________ this ______ day of ____________, 19___.

# Service INSURANCE COMPANY of Alabama

BIRMINGHAM, ALA.

Will pay to the beneficiary in accordance with the provisions of this Policy the amount of insurance granted hereunder upon receipt of due proof of the death of the Insured whose name appears in the schedule on the fourth page hereof.

CONSIDERATION—The insurance is granted hereunder in consideration of the payment in advance of the weekly premium stated in the schedule on Page 4 hereof on or before each Monday beginning with the date of issue of this Policy and continuing until premiums shall have been paid for 10 years or until prior death of the Insured.

AMOUNT OF INSURANCE—The amount of of insurance hereunder is the amount set out in the schedule herein, unless at date of death the Insured is under three years of age, in which event, the amount payable for each $100 set out in the said schedule shall be as follows:

(a) Under three months of age at death, twelve dollars;
(b) Three months or over but under one year of age at death, eighteen dollars;
(c) One year or over but under two years of age at death, twenty-four dollars;
(d) Two years or over but under three years of age at death, sixty-five dollars;
(e) Three years of age or over at death, full benefit.

(1) PAYMENT OF PREMIUM—All premiums are payable at the Home Office of the Company weekly in advance, but may be paid to an authorized representative of the Company, provided that such payment must be entered at the time in the premium receipt book belonging with this Policy. The failure of the collector to call for the premium on the Policy will not be an excuse for non-payment as the Insured will then be required to pay the premium at a Branch Office of the Company or remit the same to the Home Office.

(2) PREMIUMS PAYABLE OTHER THAN WEEKLY—The premium stated in the schedule of this Policy is a weekly premium. However, if premiums are paid Annually (52 weeks) in advance at one time, such Annual Premium shall be calculated by multiplying the stated weekly premium by 46.8. If premiums are paid Semi-Annually (26 weeks) in advance at one time, the Semi-Annual Premiums shall be calculated by multiplying the weekly premium stated by 24.7.

(3) GRACE PERIOD—A grace period of four weeks shall be granted for the payment of every premium after the first, during which time this Policy will remain in force subject to the terms hereof, but after the expiration of the said period of grace the Company's liability under this Policy shall cease except as to the Non-Forfeiture privileges herein contained.

(4) REINSTATEMENT—In the event this Policy should lapse it may be reinstated at any time within three years after due date of the first premium in such default, upon the furnishing to the Company of evidence of insurability satisfactory to the Company and the payment of all premiums in default unless the Extended Insurance has expired or the Cash Surrender Value has been paid.

(5) EFFECTIVE DATE—This Policy shall take effect on its date of issue, provided the Insured is then alive and in sound health, but not otherwise.

CONDITIONS AND PROVISIONS—This Policy is issued and accepted subject to all of the terms, conditions, provisions, schedules, registers and endorsements printed or written by the Company on this or the succeeding pages hereof, which are a part of this Policy as fully as if recited over the signatures hereto affixed.

In Witness Whereof, The Company has caused this Policy to be executed by its President and Secretary at its Home Office in Birmingham, Alabama, as of the date of issue appearing herein.

SECRETARY PRESIDENT

10 PAYMENT LIFE INSURANCE—PREMIUMS PAYABLE 10 YEARS

OX-4-61

# TABLE OF NON-FORFEITURE BENEFITS

FOR A POLICY FOR WHICH THE AMOUNT OF INSURANCE IS $100

| Age at Issue | 2 YRS. Ext. Ins. Mos. A | 3 YEARS Ext. Ins. Mos. A | 3 YEARS Paid Up Ins. B | 4 YEARS Ext. Ins. Mos. A | 4 YEARS Paid Up Ins. B | 5 YEARS Ext. Ins. Mos. A | 5 YEARS Paid Up Ins. B | 5 YEARS Cash Value C | 6 YEARS Ext. Ins. Mos. A | 6 YEARS Paid Up Ins. B | 6 YEARS Cash Value C | 7 YEARS Ext. Ins. Mos. A | 7 YEARS Paid Up Ins. B | 7 YEARS Cash Value C | 8 YEARS Ext. Ins. Mos. A | 8 YEARS Paid Up Ins. B | 8 YEARS Cash Value C | 9 YEARS Ext. Ins. Mos. A | 9 YEARS Paid Up Ins. B | 9 YEARS Cash Value C | 10 YEARS Ext. Ins. Mos. A | 10 YEARS Paid Up Ins. B | 10 YEARS Cash Value C | Age at Issue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 22 | 120 | $19 | 188 | $30 | 243 | $42 | $11 | 307 | $64 | $14 | 378 | $84 | $17 | 449 | $77 | $21 | 323 | $86 | $25 | Pd. Up | $100 | $29 | 1 |
| 2 | 35 | 128 | 18 | 187 | 31 | 243 | 43 | 11 | 308 | 54 | 16 | 375 | 66 | 18 | 443 | 78 | 22 | 518 | 83 | 25 | Pd. Up | 100 | 29 | 2 |
| 3 | 37 | 127 | 19 | 182 | 31 | 238 | 43 | 11 | 308 | 84 | 16 | 368 | 66 | 18 | 436 | 76 | 22 | 507 | 84 | 26 | Pd. Up | 100 | 30 | 3 |
| 4 | 48 | 128 | 20 | 181 | 32 | 236 | 33 | 12 | 288 | 86 | 15 | 362 | 67 | 19 | 428 | 78 | 23 | 489 | 58 | 27 | Pd. Up | 100 | 31 | 4 |
| 5 | 86 | 127 | 20 | 178 | 32 | 232 | 44 | 12 | 283 | 64 | 18 | 356 | 67 | 20 | 422 | 78 | 23 | 401 | 88 | 27 | Pd. Up | 100 | 31 | 5 |
| 6 | 48 | 128 | 21 | 177 | 33 | 231 | 45 | 13 | 282 | 86 | 17 | 354 | 88 | 20 | 417 | 78 | 24 | 484 | 80 | 28 | Pd. Up | 100 | 32 | 6 |
| 7 | 68 | 125 | 22 | 173 | 34 | 227 | 46 | 13 | 287 | 57 | 17 | 348 | 88 | 21 | 418 | 79 | 25 | 478 | 60 | 28 | Pd. Up | 100 | 33 | 7 |
| 8 | 68 | 120 | 22 | 168 | 34 | 222 | 46 | 14 | 281 | 57 | 18 | 342 | 84 | 21 | 403 | 78 | 25 | 469 | 80 | 29 | Pd. Up | 100 | 34 | 8 |
| 9 | 68 | 115 | 22 | 163 | 34 | 218 | 46 | 14 | 276 | 67 | 18 | 334 | 68 | 22 | 384 | 78 | 26 | 460 | 80 | 30 | Pd. Up | 100 | 34 | 9 |
| 10 | 62 | 118 | 23 | 167 | 34 | 212 | 46 | 14 | 271 | 67 | 18 | 328 | 88 | 22 | 388 | 78 | 26 | 464 | 80 | 31 | Pd. Up | 100 | 36 | 10 |
| 11 | 58 | 104 | 23 | 182 | 34 | 207 | 48 | 16 | 268 | 87 | 18 | 323 | 68 | 23 | 382 | 78 | 27 | 447 | 88 | 31 | Pd. Up | 100 | 38 | 11 |
| 12 | 54 | 88 | 23 | 147 | 34 | 202 | 48 | 18 | 260 | 58 | 18 | 317 | 67 | 23 | 376 | 78 | 27 | 440 | 88 | 32 | Pd. Up | 100 | 36 | 12 |
| 13 | 58 | 84 | 22 | 143 | 34 | 188 | 46 | 16 | 254 | 68 | 19 | 312 | 87 | 23 | 348 | 78 | 28 | 433 | 88 | 32 | Pd. Up | 100 | 37 | 13 |
| 14 | 46 | 81 | 22 | 140 | 34 | 184 | 46 | 18 | 281 | 88 | 18 | 306 | 87 | 24 | 343 | 78 | 28 | 428 | 48 | 33 | Pd. Up | 100 | 37 | 14 |
| 15 | 43 | 68 | 22 | 137 | 33 | 181 | 44 | 18 | 248 | 68 | 20 | 301 | 87 | 24 | 387 | 78 | 28 | 418 | 88 | 33 | Pd. Up | 100 | 38 | 15 |
| 16 | 41 | 86 | 22 | 134 | 33 | 188 | 44 | 18 | 242 | 86 | 20 | 294 | 88 | 24 | 380 | 78 | 29 | 412 | 88 | 34 | Pd. Up | 100 | 38 | 16 |
| 17 | 38 | 84 | 22 | 133 | 33 | 188 | 44 | 18 | 238 | 85 | 20 | 291 | 88 | 25 | 344 | 78 | 29 | 408 | 88 | 34 | Pd. Up | 100 | 38 | 17 |
| 18 | 38 | 83 | 22 | 132 | 33 | 184 | 44 | 18 | 238 | 88 | 21 | 284 | 68 | 25 | 338 | 78 | 30 | 398 | 88 | 35 | Pd. Up | 100 | 40 | 18 |
| 19 | 34 | 82 | 22 | 131 | 33 | 182 | 44 | 18 | 232 | 55 | 21 | 281 | 68 | 28 | 333 | 78 | 31 | 381 | 88 | 36 | Pd. Up | 100 | 41 | 19 |
| 20 | 37 | 82 | 22 | 130 | 33 | 180 | 44 | 17 | 228 | 68 | 21 | 274 | 88 | 28 | 327 | 78 | 31 | 364 | 68 | 36 | Pd. Up | 100 | 42 | 20 |
| 21 | 38 | 82 | 22 | 130 | 33 | 178 | 44 | 17 | 228 | 66 | 22 | 271 | 66 | 27 | 321 | 78 | 32 | 377 | 88 | 37 | Pd. Up | 100 | 42 | 21 |
| 22 | 38 | 82 | 22 | 128 | 33 | 178 | 44 | 17 | 221 | 66 | 22 | 268 | 66 | 27 | 316 | 78 | 32 | 370 | 88 | 38 | Pd. Up | 100 | 43 | 22 |
| 23 | 38 | 82 | 22 | 128 | 33 | 173 | 44 | 18 | 217 | 55 | 23 | 262 | 66 | 28 | 308 | 78 | 33 | 362 | 88 | 38 | Pd. Up | 100 | 44 | 23 |
| 24 | 38 | 82 | 22 | 127 | 33 | 171 | 44 | 18 | 213 | 54 | 23 | 266 | 67 | 28 | 303 | 78 | 34 | 356 | 88 | 38 | Pd. Up | 100 | 48 | 24 |
| 25 | 38 | 82 | 22 | 128 | 33 | 168 | 44 | 19 | 208 | 88 | 24 | 261 | 67 | 29 | 294 | 78 | 34 | 346 | 88 | 40 | Pd. Up | 100 | 44 | 25 |
| 26 | 40 | 82 | 22 | 124 | 33 | 168 | 44 | 18 | 204 | 58 | 24 | 248 | 67 | 29 | 290 | 78 | 35 | 341 | 88 | 41 | Pd. Up | 100 | 47 | 26 |
| 27 | 40 | 82 | 22 | 122 | 33 | 162 | 44 | 19 | 201 | 68 | 24 | 240 | 57 | 30 | 284 | 78 | 35 | 333 | 58 | 41 | Pd. Up | 100 | 48 | 27 |
| 28 | 40 | 81 | 23 | 128 | 34 | 158 | 48 | 20 | 198 | 68 | 26 | 236 | 67 | 31 | 277 | 78 | 36 | 325 | 88 | 42 | Pd. Up | 100 | 46 | 28 |
| 29 | 40 | 80 | 23 | 118 | 34 | 164 | 48 | 20 | 192 | 58 | 28 | 228 | 67 | 31 | 271 | 78 | 37 | 318 | 88 | 43 | Pd. Up | 100 | 48 | 29 |
| 30 | 40 | 78 | 23 | 118 | 34 | 161 | 48 | 21 | 187 | 58 | 28 | 224 | 87 | 32 | 264 | 78 | 38 | 311 | 88 | 44 | Pd. Up | 100 | 50 | 30 |
| 31 | 40 | 77 | 23 | 113 | 34 | 148 | 48 | 21 | 182 | 58 | 27 | 218 | 67 | 32 | 288 | 78 | 38 | 304 | 88 | 48 | Pd. Up | 100 | 51 | 31 |
| 32 | 40 | 78 | 23 | 110 | 34 | 144 | 46 | 21 | 177 | 58 | 27 | 213 | 67 | 33 | 252 | 78 | 38 | 284 | 88 | 44 | Pd. Up | 100 | 52 | 32 |
| 33 | 38 | 74 | 23 | 107 | 34 | 140 | 46 | 22 | 173 | 64 | 28 | 207 | 67 | 34 | 246 | 78 | 40 | 266 | 88 | 46 | Pd. Up | 100 | 53 | 33 |
| 34 | 38 | 72 | 23 | 104 | 34 | 138 | 46 | 22 | 168 | 58 | 28 | 202 | 67 | 34 | 238 | 78 | 40 | 262 | 83 | 47 | Pd. Up | 100 | 54 | 34 |
| 35 | 38 | 70 | 23 | 101 | 34 | 132 | 48 | 23 | 163 | 58 | 28 | 188 | 67 | 35 | 232 | 78 | 41 | 274 | 83 | 48 | Pd. Up | 100 | 56 | 35 |
| 36 | 37 | 88 | 23 | 98 | 34 | 128 | 45 | 23 | 158 | 58 | 28 | 191 | 67 | 35 | 226 | 78 | 42 | 267 | 88 | 48 | Pd. Up | 100 | 56 | 36 |
| 37 | 38 | 68 | 23 | 98 | 34 | 124 | 46 | 23 | 154 | 58 | 29 | 188 | 68 | 38 | 218 | 78 | 43 | 260 | 88 | 50 | Pd. Up | 100 | 57 | 37 |
| 38 | 38 | 84 | 23 | 92 | 34 | 120 | 46 | 24 | 148 | 55 | 30 | 178 | 66 | 36 | 213 | 78 | 43 | 253 | 88 | 50 | Pd. Up | 100 | 58 | 38 |
| 39 | 34 | 82 | 23 | 88 | 34 | 118 | 44 | 24 | 144 | 56 | 30 | 174 | 68 | 37 | 206 | 77 | 44 | 246 | 88 | 51 | Pd. Up | 100 | 88 | 39 |
| 40 | 32 | 80 | 23 | 84 | 34 | 113 | 44 | 24 | 140 | 56 | 31 | 168 | 68 | 38 | 200 | 77 | 45 | 238 | 88 | 52 | Pd. Up | 100 | 60 | 40 |
| 41 | 31 | 87 | 23 | 83 | 34 | 108 | 44 | 25 | 136 | 58 | 31 | 183 | 66 | 38 | 193 | 77 | 46 | 232 | 88 | 53 | Pd. Up | 100 | 61 | 41 |
| 42 | 30 | 88 | 23 | 80 | 33 | 108 | 44 | 25 | 131 | 58 | 32 | 157 | 66 | 38 | 187 | 77 | 46 | 226 | 58 | 54 | Pd. Up | 100 | 62 | 42 |
| 43 | 28 | 82 | 23 | 77 | 33 | 101 | 44 | 25 | 126 | 58 | 32 | 152 | 66 | 39 | 181 | 77 | 47 | 218 | 83 | 54 | Pd. Up | 100 | 63 | 43 |
| 44 | 28 | 81 | 23 | 74 | 33 | 98 | 44 | 26 | 122 | 55 | 33 | 147 | 66 | 40 | 175 | 77 | 47 | 211 | 88 | 55 | Pd. Up | 100 | 64 | 44 |
| 45 | 27 | 60 | 23 | 72 | 33 | 94 | 44 | 26 | 117 | 58 | 33 | 142 | 66 | 40 | 168 | 77 | 48 | 204 | 88 | 56 | Pd. Up | 100 | 65 | 45 |
| 46 | 27 | 48 | 23 | 60 | 33 | 91 | 44 | 27 | 113 | 54 | 33 | 134 | 66 | 41 | 163 | 77 | 48 | 198 | 84 | 57 | Pd. Up | 100 | 66 | 46 |
| 47 | 26 | 46 | 23 | 87 | 33 | 88 | 43 | 27 | 108 | 54 | 34 | 131 | 66 | 41 | 157 | 77 | 48 | 191 | 54 | 58 | Pd. Up | 100 | 67 | 47 |
| 48 | 24 | 44 | 23 | 84 | 33 | 84 | 43 | 27 | 104 | 54 | 34 | 128 | 66 | 42 | 151 | 78 | 50 | 184 | 88 | 58 | Pd. Up | 100 | 67 | 48 |
| 49 | 24 | 43 | 23 | 82 | 33 | 81 | 43 | 27 | 100 | 54 | 35 | 121 | 66 | 42 | 146 | 78 | 51 | 178 | 88 | 59 | Pd. Up | 100 | 68 | 49 |
| 50 | 23 | 41 | 22 | 88 | 33 | 78 | 43 | 28 | 88 | 54 | 36 | 118 | 56 | 43 | 140 | 78 | 51 | 172 | 88 | 60 | Pd. Up | 100 | 68 | 50 |
| 51 | 22 | 38 | 22 | 37 | 33 | 74 | 42 | 28 | 92 | 54 | 34 | 111 | 66 | 43 | 134 | 76 | 52 | 166 | 84 | 61 | Pd. Up | 100 | 70 | 51 |
| 52 | 21 | 38 | 22 | 84 | 32 | 71 | 43 | 28 | 88 | 53 | 34 | 106 | 64 | 44 | 128 | 76 | 52 | 160 | 86 | 61 | Pd. Up | 100 | 71 | 52 |
| 53 | 20 | 36 | 22 | 62 | 32 | 68 | 42 | 28 | 84 | 53 | 36 | 102 | 64 | 44 | 124 | 76 | 53 | 154 | 84 | 62 | Pd. Up | 100 | 72 | 53 |
| 54 | 19 | 32 | 22 | 48 | 32 | 64 | 42 | 29 | 80 | 52 | 37 | 97 | 64 | 46 | 118 | 75 | 53 | 148 | 84 | 63 | Pd. Up | 100 | 73 | 54 |
| 55 | 18 | 34 | 22 | 47 | 32 | 61 | 42 | 29 | 78 | 53 | 37 | 93 | 64 | 46 | 113 | 75 | 54 | 143 | 87 | 64 | Pd. Up | 100 | 74 | 55 |
| 56 | 18 | 31 | 22 | 46 | 32 | 68 | 42 | 29 | 72 | 52 | 37 | 88 | 63 | 46 | 108 | 75 | 54 | 137 | 87 | 64 | Pd. Up | 100 | 76 | 56 |
| 57 | 17 | 30 | 22 | 42 | 32 | 66 | 42 | 30 | 68 | 52 | 37 | 84 | 63 | 46 | 104 | 75 | 55 | 132 | 87 | 65 | Pd. Up | 100 | 76 | 57 |
| 58 | 16 | 28 | 22 | 40 | 31 | 62 | 41 | 30 | 66 | 52 | 38 | 80 | 63 | 46 | 99 | 74 | 55 | 127 | 87 | 65 | Pd. Up | 100 | 76 | 58 |
| 59 | 15 | 28 | 21 | 37 | 31 | 48 | 41 | 30 | 62 | 51 | 38 | 76 | 62 | 48 | 95 | 74 | 56 | 130 | 87 | 66 | Pd. Up | 100 | 77 | 59 |
| 60 | 14 | 26 | 21 | 34 | 31 | 44 | 40 | 30 | 58 | 51 | 38 | 72 | 62 | 47 | 90 | 74 | 58 | 117 | 88 | 66 | Pd. Up | 100 | 78 | 60 |

*To obtain the amount of Paid-Up Insurance or the Cash Surrender Values for a policy of which the ultimate amount of Insurance is greater or less than $100, the v[alues] stated should be increased or decreased proportionately; e.g., if the ultimate amount of Insurance is $200 the value should be doubled. The periods of Extended Insurance [are] the same whatever the amount of Insurance.

†Premiums must have been paid on this Policy for the number of years indicated in the first line of the foregoing table to obtain the benefits indicated.

(6) MISSTATEMENT OF AGE—In the event the age at Issue is incorrectly stated herein, the Amount of Insurance hereof shall be such as the premiums paid would have purchased at the correct age, and all other benefits shall be based on such correct age and such amount of insurance.

(7) INCONTESTABILITY—After this Policy has been continued in force during the lifetime of the Insured for a period of one year from its date of issue it shall thereafter be incontestable except for non-payment of premiums.

(8) BENEFICIARY—By written notice to the Company the Insured may from time to time name a new beneficiary, subject to evidence of insurable interest satisfactory to the Company, but no such change shall be effective until endorsed on this Policy by the Company.

If the beneficiary dies before the Insured the Estate of the Insured shall then automatically become the beneficiary thereof. If the Insured's estate is the Beneficiary, the Company will make payment to the Insured's executor or administrator, provided, however, that the Company may make payments to any relative by blood or marriage, or to any person appearing to the Company to be equitably entitled to such payment because of having incurred expense for the maintenance, medical attention or burial of the Insured. If the beneficiary is a minor, or is otherwise not legally qualified to give a valid release at the time of payment hereof the Company may make payment to any person who furnishes evidence satisfactory to the Company that such person is responsible for, or is actually contributing to the support of the beneficiary.

(9) POLICY CONTROL—If the Insured hereunder is a minor, during the minority of such Insured, the right to change the beneficiary and exercise all the rights of ownership under this Policy shall be vested in the beneficiary named herein from time to time; or if such beneficiary dies before the Insured, then such rights shall be vested in the surviving parent of the Insured, or in the legal guardian of the Insured, or in any adult having the custody and control of said minor. After the Insured becomes of age, the entire ownership and control of this Policy shall be vested in the Insured.

(10) ASSIGNMENT—Neither this Policy, nor any benefit hereunder can be assigned.

(11) LOSS OF EYESIGHT OR LIMBS—After the third anniversary of the Insured's birth and during the lifetime of the Insured, if the Company shall receive due proof that during the continuance of this Policy, otherwise than as Extended Insurance or reduced Paid-Up Insurance provided in the Non-Forfeiture Benefits, the Insured has suffered any of the losses set forth below solely as a result of disease contracted or injuries sustained after the date hereof and that thirty days have elapsed since such loss, total and permanent disability shall then be deemed to exist, and upon surrender of this Policy and its premium receipt book, the Company will make immediate payment as set forth below, provided, however, that such loss was not sustained from service in the Military or Naval forces of any country at war.

A sum equal to the amount insured hereunder shall be payable in the event of
( i) loss by severance of both hands at or above the wrists;
( ii) loss by severance of both feet at or above the ankles;
(iii) loss by severance of one hand at or above the wrist and one foot at or above the ankle;
(iv) complete and irrecoverable loss of sight of both eyes prior to the seventieth anniversary of the Insured's birth.

In addition to the payments set out herein for such loss the Company will endorse this Policy with a waiver of all further premiums, paying at death the amount insured hereunder.

(12) OPTION TO SURRENDER WITHIN TWO WEEKS—If the terms of this Policy are not accepted and agreed to it may be surrendered for cancellation at the District Office of the Company through which it was delivered within two weeks from the date hereof and all premiums paid will be refunded.

(13) PRIVILEGE OF EXCHANGE—Upon written application and evidence of insurability satisfactory to the Company this Policy may be surrendered to the Company in exchange for another policy on any plan then issued by the Company requiring premium payments less frequent than weekly, provided, the new policy is for at least the minimum amount issued by the Company on the plan applied for. In executing such change the full reserve on this Policy shall be applied to reduce premium payments on the new policy in accordance with the terms and conditions then agreed upon with the Company.

(14) NON-FORFEITURE BENEFITS—Extended Insurance—In the event this Policy lapses after premiums have been paid for the respective periods shown in the Table of Non-Forfeiture Values herein the Amount of Insurance granted under this Policy shall be automatically continued in force as Extended Insurance for the number of months specified in the column marked "A" in the said Non-Forfeiture Table. The term of Extended Insurance shall commence on the due date of the first premium in default.

(A) PAID-UP LIFE INSURANCE—After this Policy has been in force with premiums paid for the number of years shown in the table below, the Insured may, by making written application upon blanks furnished by the Company within thirteen weeks of the due date of the first premium in default, have this Policy endorsed for a reduced amount of Paid-Up Life Insurance payable at the death of the Insured. Such amount shall be in accordance with the amount stated in Column "B" in the table of Non-Forfeiture Values, provided, however, that such amount of Paid-Up Life Insurance shall be in lieu of Extended Insurance.

(B) CASH SURRENDER VALUE—After this Policy has been in force with premiums paid for five full years upon written request to the Company and the surrender of this Policy and all premium receipt books or other evidence of premium payments the Company will pay the Cash Surrender Value set out in Column "C" in the Table of Non-Forfeiture Values less any indebtedness due the Company hereon. Such written request must be made within thirteen weeks of the due date of the first premium in default.

The basis of reserves for this Policy is the 1941 Standard Industrial Mortality Table (Illinois Standard) with interest at 3½% per year.

For the years subsequent to the 20th the values are to be the equivalent of the full reserves according to the foregoing standard. Proportionate increase will be made in the non-forfeiture values shown in the table for each additional completed quarter year of premium payments.

(15) ALTERATION AND WAIVERS—This Policy contains the entire agreement between the Company and the Insured. Its terms cannot be changed or its conditions varied, except by a written agreement, signed by the President or Secretary of the Company. No other person shall have the power to make or alter contracts, waive forfeiture, or receive premiums on policies in arrears more than four weeks, or to receipt for the same, and all such arrears given to an agent or employee shall be at the risk of those who pay them and shall not be credited upon the Policy, whether receipted or not, except as set forth in the "Reinstatement" provision herein.

The maximum amount of cash insurance to any policyholder of this Company is limited to Five Hundred Dollars ($500.00) for natural death. The total liability of this Company for all policies of cash insurance in force by it on the life of the person insured by this Policy for natural death shall be the lesser of Five Hundred Dollars ($500.00) or the [illegible] under all such policies