RECEIVED

2005 JUL 15 P 3:52

DEBRA P. HACKETT, CLK
MIDDLE DISTRICT AL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROSIE MARSHALL, et al.,           )
                                  )
                                  )
    Plaintiffs,                   )
                                  )
v.                                )   2:05-CV-00534-B
                                  )
LIBERTY NATIONAL LIFE             )
INSURANCE COMPANY,                )
                                  )
    Defendant.                    )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7/14/05
Date

C.3U
Signature

Rosie Marshall, et al.
Counsel For (**print** name of all parties)

272 Commerce St., Montgomery, AL 36103
Address, City, State, Zip Code

(334) 269-2343
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101