IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE MARSHALL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 2:05-CV-00534-B |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_July 28 2005_          _[signature]_
Date                          Signature

_Liberty National Life Insurance Company_
Counsel For (**print** name of all parties)
_Bradley Arant Rose & White LLP_
_1819 Fifth Ave N., Birmingham, AL 35203_
Address, City, State, Zip Code

_(205) 521-8000_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101