IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSIE MARSHALL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00534-B |
| | ) | |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON MOTION

Upon consideration of *Defendant's Motion to Transfer*, filed with supporting *exhibits* on June 28, 2005 (Doc. 6), and *Plaintiffs' Response and Consent to Liberty National Life Insurance Company's Motion to Transfer* (Doc. 9, filed July 13, 2005), it is

**ORDERED** that the **Motion to Transfer, pursuant to 28 U.S.C.§ 1404(a),** is **GRANTED**. Accordingly, this case is hereby transferred to the United States District Court for the Northern District of Alabama, and the Clerk shall effect this transfer expeditiously in accordance with applicable procedures.

Done this 1st day of August, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE