**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Perry Mathis
   Clerk, U. S. District Court
   Northern District of Alabama
   140 U. S. Courthouse
   1729 5th Avenue North
   Birmingham, Al. 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Albert B. Coleman    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/2/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:05CV534-B
   entire file

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 3799

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540